United States District Court

Middle District of Florida

Jacksonville Division

Provided to Suwannee
Correctional Institution on:

NOV 18 2022

for mailing, by: DMQ

Jeffrey Nelson,
PLAINTIFF,

vs.

Sgt. C. Smart et al,

DEFENDANT(s).

Case # 3:22-cv-1298-MMH-LLL

2022 NOV 22  PM 1:11
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FL
JACKSONVILLE, FLORIDA

FILED

Inmate Claim Of Suicidal Intent
Of Other Imminent Physical Harm

The Plaintiff Is Notifying The Honorable Court
Of The On Going/ Campaign & Harassment(s) By The
Following Named Defendants New And From The
Closed Civil Sue Case (Sgt. T. Spradley) And Defendant. Capt.
J. Dimarrios' Wife "S. Di Maurio" Case# 3:20-cv-99-BJD-JBT.
To Which Defendant Sgt. T. Spradley Came Into The Plaintiffs'
Assigned Dormitory Wing F-Dormitory Cell/Wing#4 Which
Can Be Seen On Audio/Video Of Wing#4 That Defendant Sgt.
T. Spradley Came Into The Plaintiffs' Dormitory Wing Leaving
His Assigned Post To Stair The Plaintiff Down In A
Threating Manner For No Reason To Which The Courts
Made It Clair To The Defendants To Leave The Plaintiff
Alone. To Which The Plaintiff Filed An Informal Grievance
On The Institutional Level And An Emergency Grievance
To The Secretary, Florida Department Of Corrections Aswel
To Which, I Also Filed Another Informal Grievance And
An Emergency Grievance To The Secretary, Florida Department
Of Corrections Aswel To Central Office, I Also Spoke To
Mental Health Staff Ms. Young Who Also Noted It In
My/Plaintiffs Mental Health Chart/Record As Followed:

ON NOVEMBER. 16TH 2022 @ 9:30 A.M. - 11:30 A.M. WILE THE PLAINTIFF WAS GOING BACK TO HIS ASSIGNED CELL THE PLAINTIFF APPROCHED THE DORMITORY SERGENT SGT.C SMART ABOUT TOILET PAPER TO WHICH THE PLAINTIFF WAS CIRCLED BY DEFENDANTS/OFFICIALS SGT.C.SMART, C/O.MANING & C/O. POPE AS I WAS TOLD TO WHIP MY ASS/BUTT WITH MY SOCKS LIKE I WAS DOING IN F-DORMITORY SEE CASE #                      WHER THE PLAINTIFF HAD TO WHIP HIS BUTT/ASS WITH A SOCK & THE PLAINTIFF WAS BLEEDING FROM HIS BUTT/ASS THENE THE CAMERA WILL SHOW C/O/DEFENDANT MANING ESCORTED THE PLAINTIFF BACK TO HIS CELL WITH HIS HAND BALLD IN A FIST AS THE PLAINTIFF WAS IN THE HALLWAY THE PLAINTIFF WAS THREATED BY THE DEFENDANTS : " MUTHA FUCKER AINT NO TOILET PAPER FOR YOUR RIPE WRITING ASS NOW TAKE YOUR ASS TO YOUR CELL"

ON NOVEMBER 17TH, 2022 @ 9:30 A.M. - NOON THE PLAINTIFF WAS SEEN BY THE MENTAL HEALTH STAFF "MS.YOUNG" TO WHICH SHE NOTED IN THE PLAINTIFF EXPLAINT TO THE MENTAL HEALTH STAFF WHAT WAS GOING ON AND DEFENDANT/C/O POPE HAD THE OTHER OFFICER LEAVE NAME UNKNOWN WHICH CAN BE SEEN ON AUDIO/VIDEO THENE C/O/DEFENDANT.POPE LEFT ONCE HE HEARD WHAT THE PLAINTIFF TOLD THE MENTAL HEALTH STAFF MS.YOUNG ABOUT THE DEPRIVATION OF BASIC HUMAN NEEDS & GIVEN THE PLAINTIFF AIR TRAYS

ON NOVEMBER. 18, 2022 @ 8:30 A.M. - 11:30 A.M. THE PLAINTIFF WAS TALKING TO CLASSIFICATION OFFICER .MR.THOMAS ABOUT TAKING PHOTO'S AND WOULD THE I/PLAINTIFF BE TRANSFARED THENE I/PLAINTIFF THENE I APPROCHED THE CANTEEN ORDERLY ASKING WHY HAVEN'T I/PLAINTIFF BEEN RECEIVING MY CANTEEN IN THREE (3) WEEKS TO WHICH THE CANTEEN ORDERLY TOLD ME THAT HE HASINT RECEIVED "ANY-ANY" CANTEEN SLIPS/FROM ME TO WHICH I WAS APPROCHED BY DEFENDANT/SGT.C.SMART AND TOLD "TAKE YOUR ASS TO YOUR CLASS YEAH I TRO'D YOUR CANTEEN SLIP AWAY WRITE THAT UP LITTLE BITCH YOUR ALWAYS DOING BULL SHIT SUEING OFFICERS AND RIP WRITING NOW GET YOUR ASS TO YOUR CLASS YOU AIDS INFECTED MUTHA FUCKER PUTTING

HIS HAND IN MY FACE TRYING TO PROVOKE ME TO HIT HIM TO WHICH
OFFICER/DEFENDANT . S. DI MAURIO WHICH IS THE WIFE OF
CAPTAIN/DEFENDANT J. DI MAURIO CLOSED CASE # 3:20-CV-99-BID-JBT
TOLD DEFENDANT/SGT.C.SMART TO SLAP ME/PLAINTIFF THE FOLLOWS OFFICIALS/
DEFENDANTS ARE CAUSING ME/PLAINTIFF MENTAL AND EMOTIONAL INJURY
TO WHICH THE PLAINTIFF TAKES PHSIC MEDS FOR STRESS, LACK OF
SLEEP & HEARING VOICES & FOR MY CHRONIC DISEASES AND CONDITIONS
   DEFENDANTS IN NEW CASE
CAPTAIN. J. DI MAURIO - HUSBAND FROM OLD CASE# 3:20-CV-99-BID-JBT "RE-OPEN"
C/O. S. DI MAURIO - WIFE
LT./SGT.T.SPRADLEY - FROM OLD CASE# 3:20-CV-99-BID-JBT "RE-OPEN"
SGT. LINEBLAND -
C/O. MANNING
C/O. BLOOM
C/O. POPE
LT./SGT. C. SMART
LT. J. STOKES
C/O. CASHWEL
WARDEN. LANE - FOR NOT DOING NOTHING ABOUT SECURITY @ HIS INSTITUTION
REGIONAL DIRECTOR - JOHN PALMER
L.T., PERKINES
AND IT WAS TOLD TO THE PLAINTIFF BY DEFENDANT/SGT.C.SMART
HE/PLAINTIFF WOULDN'T MAKE IT HOME & WOULD STAY ON SLAB/C.M.
IN THE PAST.

CLASSIFICATION, HAMLIN
COLONEL, BILLINGLY
SGT. HARDEN
C/O. MC CLAIN
NURSE. MC DONALD
L.T, PECOCK
SGT. SKEEN (SGT. SKEEN)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE
FOREGOING "INMATE CLAIM OF SUICIDAL INTENT OF OTHER
IMMINENT PHYSICAL HARM" WAS FURNISHED BY U.S. MAIL TO:
OFFICE OF THE CLERK UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, 300 NORTH HOGAN STREET,
SUITE #9-150, JACKSONVILLE, FLORIDA. 33202-4271.
ON THIS 19 DAY OF NOVEMBER, 2022

/S/ Jeffrey Nelson 199489
JEFFREY NELSON DC#199489
SUWANNEE CORR. INST N/U
5964 U.S. HIGHWAY 90
LIVE OAK, FLORIDA. 32060.